FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 07-30179-JPG-DGW |
| vs. ) | |
| ) | Title 18, United States Code, Sections |
| CARL A. COURTRIGHT III, ) | 2251(a), 2252A(a)(5)(b) & (b)(2); 2660A; |
| ) | 3559(e)(1) |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### PRODUCTION OF CHILD PORNOGRAPHY

On or between January 1, 2007, and June 1, 2007, within Madison County, Illinois, within the Southern District of Illinois,

### CARL A. COURTRIGHT III,

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce.

All in violation of Title 18, Unites States Code, Section 2251(a).

Said offense occurred after a prior qualifying conviction, all in further violation of Title 18, United States Code, Sections 2660A, and 3559(e)(1).

## COUNT 2

## POSSESSION OF CHILD PORNOGRAPHY

On or between July 9, 2007, and August 9, 2007, within Madison County, Illinois, within the Southern District of Illinois,

## CARL A. COURTRIGHT III,

defendant herein, did knowingly possess and attempt to possess a computer hard-drive that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer. Such computer hard-drive included, but is not limited to files named:

Mandy 6Yo.avi.jpg

Russian Reality Kiddy 5Yr Old Carol Feeling Good_All Kinds Of Sex Fun Pipi Games !! (5yo) .mpeg.jpg

109 Pedofilia 13yr dad.mpg.jpg

142 Pthc Ultra Hussyfan 9 Yo Preteen Little Lolita R@Ygold Incest Kiddy Mafiasex (61).lnk

Vicky 7yo and 10yo 69 Pedo Child Porno Lolita.mpg.jpg

9yo littlegirl displays her sweet yng cunt - PART2 - Pussy licking now (2min7sec) (Orig duogi11) - reelkiddymov(Hussyfan) (pthc) (r@ygold) (babyshivid).mpg.jpg

11yo Hana anal.mpg.jpg

Kids Teens Women (Porno-Lolitas-Preteens-Reelkiddymov-R@Ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxx-Sexy).lnk

many girls from 12yo to 14yo having sex experiences kiddie pedo boy lolita R@ygold underage.lnk

Sweaty Vicky - on gyno table and cumming(hussyfan) (r@ygold) (mylola) (pthc).lnk

All in violation of Title 18, United States Code, Section 2252A(b)(2).

Said offense occurred after a prior qualifying conviction, all in further violation of Title 18, United States Code, Section 2252A(b)(2).

## COUNT 3

### FORFEITURE OF COMPUTER AND MEMORY STICK

Upon conviction of one or more of the offenses alleged in this Indictment, defendant **Carl A. Courtright III** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property involved or used in any knowing violation of the offense described in Count I or II of this Indictment, including but not limited to the following: HP Pavilion model# zd7000 serial# CNF4190C5H, and HP Memory Stick, in violation of Title 18, United States Code, Section 2253(a)(3).

A TRUE BILL

_____
FOREPERSON

_____
NICOLE E. GOROVSKY
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: Detention