IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARL A COURTRIGHT, III,

Defendant.                                              No. 07-CR-30179-DRH

ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant's Motion to Continue Sentencing (**Doc.107**). Defendant filed these Motions *pro se* despite being represented by counsel. A *pro se* motion filed while the movant is represented by counsel, may be stricken as improper. **See, e.g., United States v. Gwiazdzinski, 141 F.3d 784, 787 (7th Cir. 1998)**. The record does not show that Defendant's attorney moved to withdraw his representation as required by Local Rule 83.1(f). Accordingly, Defendant's Motion to Continue Sentencing is hereby **STRICKEN** from the record as being improperly filed, *pro se*, while Defendant is represented by counsel.

**IT IS SO ORDERED**.

Signed this 10th day of July, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**

Page 1 of 1