**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-CR-30179-DRH |
| | ) | |
| CARL A. COURTRIGHT III, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**

On July 27, 2009, this court entered an order for forfeiture against defendant Carl A. Courtright, III for the following property which had been seized from said defendant:

1. **One HP Pavilion model number zd7000, serial number CNF4190C5H;**
2. **One HP Media Center PC serial number MXK6070RHZ;**
3. **One WESTERN DIGITAL hard drive serial number WCANU1320215;**
4. **One HP monitor serial number CNK602111Y;**
5. **One COMPAQ PRESARIO laptop serial number CNF61215KN;**
6. **One FUJITSU hard drive serial number NN3LT3B14J3J;**
7. **One TOSHIBA Satellite laptop serial number 17187183K; and**
8. **One FUJITSU hard drive serial number NZ0MT712571D**.

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 14, 2009, and ending September 12, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party

petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on July 27, 2009, namely:

1. **One HP Pavilion model number zd7000, serial number CNF4190C5H;**
2. **One HP Media Center PC serial number MXK6070RHZ;**
3. **One WESTERN DIGITAL hard drive serial number WCANU1320215;**
4. **One HP monitor serial number CNK602111Y;**
5. **One COMPAQ PRESARIO laptop serial number CNF61215KN;**
6. **One FUJITSU hard drive serial number NN3LT3B14J3J;**
7. **One TOSHIBA Satellite laptop serial number 17187183K; and**
8. **One FUJITSU hard drive serial number NZ0MT712571D**.

The Vault Custodian for the Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law.

**DATE:** December 16, 2009.

/s/ David R Herndon

**DAVID R. HERNDON**
**Chief Judge**
**United States District Court**