IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL A. COURTRIGHT, III,

    Defendant.                               No. 07-cr-30179-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant Carl A. Courtright, III's, "writ of mandamus to compel this court to exercise its legal duty under the law" (Doc. 187). The Court construes Courtright's motion as a motion to reconsider this Court's denial of Courtright's "motion for Rule 36 correction of clerical error on order of judgment" (Doc. 186). The Court must again reiterate that there is no clerical error in Courtright's judgment. Thus, this Court is without jurisdiction to entertain Courtright's arguments. On this basis, his motion is denied (Doc. 187).

    **IT IS SO ORDERED.**

Signed this 30th day of October, 2013.

Digitally signed by
David R. Herndon
Date: 2013.10.30
16:05:34 -05'00'

**Chief Judge**
**United States District Court**