IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>　　　　　　Plaintiff,  <br><br>v.  <br><br>CARL COURTRIGHT, III,  <br><br>　　　　　　Defendant. | Case No. 3:07-CR-30179-NJR-1 |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is Defendant Carl Courtright, III's *pro se* Motion to Relieve the Judgment (Doc. 249). In that Motion, Courtright seeks to overturn this Court's Order of February 18, 2020 (Doc. 248) ("Order"), arguing that Order did not comply with Circuit Rule 50, which requires reasons for dismissing or denying a defendant's claims.

In its Order, this Court denied Courtright's Motion to Clarify (Doc. 245), and Motion to Provide Copy of Docket Sheet & Motion to Redact or Seal Case Information (Doc. 246). In its denial of those motions, the Court noted that Courtright had already raised identical arguments which had been rejected in previous orders of this Court, incorporating by reference the reasoning of those orders rather than reiterating its logic. The Court further cautioned Courtright against bringing further frivolous and repetitious arguments before the Court.

Circuit Rule 50 does require a district court judge to "give his or her reasons, either orally on the record or by written statement" when resolving a claim or giving an

appealable order. This rule does not purport to require courts to respond *ad nauseam* to repetitious arguments already addressed—in such situations, a clear reference to logic enunciated in a previous order suffices to comply with Circuit Rule 50. *See, e.g., Schmidt v. Walworth Cty.*, 786 F. App'x 65, 66 (7th Cir. 2019) (noting district court's reference to earlier order in finding compliance with Circuit Rule 50). As such, this Court's clear reference to passages in previous orders was sufficient to support its denial of Courtright's repetitious motions.

Accordingly, the motion (Doc. 249) is **DENIED**. Furthermore, this Court for a third time cautions Courtright that submission of additional frivolous motions will result in the imposition of financial sanctions. *United States v. Courtright*, No. 07-CR-30179-NJR at Doc. 233 (S.D. Ill. Aug. 11, 2017) (warning Courtright that the filing of another successive § 2255 will result in a $500 fine); *Id.* at Doc. 248 (S.D. Ill. Feb. 18, 2020).

    **IT IS SO ORDERED.**

    DATED:   June 3, 2020

                                           **NANCY J. ROSENSTENGEL**
                                           **Chief U.S. District Judge**